# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * *    *
SHAWN D. GRAHAM,                 *
                                 *
                Plaintiff,       *
        v.                       *
                                 *   No. 19-783C
                                 *   Filed: August 27, 2020
UNITED STATES,                   *
                                 *
                Defendant.       *
                                 *
* * * * * * * * * * * * * * *    *
```

### O R D E R

    The court is in receipt of the parties' August 26, 2020 joint stipulation of dismissal with prejudice. Pursuant to Rule 41(a)(1)(A) of the Rules of the United States Court of Federal Claims (2020), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own costs and fees.

**IT IS SO ORDERED.**

                                                  s/Marian Blank Horn
                                                  **MARIAN BLANK HORN**
                                                       **Judge**